IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| Wayne Withrow, | : | |
|---|---|---|
| Plaintiff(s), | : | |
| | : | Case Number: 1:18cv199 |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| Commissioner of Social Security, | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 1, 2019 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 15, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's decision is found to be supported by substantial evidence and AFFIRMED. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

   s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court